```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRO PUBLICA, INC.,

                Plaintiff,

-against-

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

25-CV-04302 (MMG)

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

MARGARET M. GARNETT, United States District Judge:

    Counsel for all parties shall appear for an Initial Pretrial Conference with the Court on **Tuesday, July 8, 2025, at 2:00 p.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. All parties are required to register promptly as filing users on ECF.

    Counsel are directed to confer with each other prior to the conference regarding settlement and a proposed schedule for this case.

    In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

    **Counsel who have entered a notice of appearance as of the issuance of this Order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and the Court's Individual Rules forthwith, and (2) to file proof of such notice with the Court.**

Dated: May 23, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge