

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
212.603.6455 tel

jamesrosenfeld@dwt.com

July 7, 2025

Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
Courtroom 906
40 Foley Square
New York, NY 10007

Re:   *Pro Publica, Inc. v. United States Department of State*, Case No. 1:25-cv-04302-MMG – Joint Letter Regarding Case Status

Dear Judge Garnett:

     Pro Publica, Inc. ("Plaintiff") and the United States Department of State ("State"), through their respective counsel, jointly submit this letter to apprise the Court of the status of this case, brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

     Counsel for the parties met and conferred on July 3 and 7 in advance of the upcoming July 8 Initial Pretrial Conference, including to clarify the scope of the FOIA request.  State has informed Plaintiff that it has located no records responsive to the first part of the FOIA request, and that its searches for records responsive to the second part of the FOIA request (whose scope has been clarified in the parties' discussions) are ongoing.  State is not yet able to estimate a date for the completion of these searches.  The parties respectfully propose that they submit monthly status reports to the Court regarding State's searches and productions.  Should any disagreements arise between the parties, they will try to resolve them informally, and if they are unable to do so, will propose a briefing schedule.

     We are glad to provide the Court any additional information.  Thank you for Your Honor's attention to this matter.

     //

     //

     //

DWT.COM

Hon. Margaret M. Garnett
July 7, 2025
Page 2

          Respectfully,

          */s/ James Rosenfeld*
          James Rosenfeld (JR-2256)
          DAVIS WRIGHT TREMAINE LLP
          1251 Avenue of the Americas, 21st Floor
          New York, New York  10020
          (212) 489-8230
          jamesrosenfeld@dwt.com

          Thomas Burke (*pro hac vice application pending*)
          DAVIS WRIGHT TREMAINE LLP
          50 California Street, 23rd Floor
          San Francisco, CA 94111
          415-276-6500
          thomasburke@dwt.com

          Farrah Vazquez
          (*pro hac vice application to be filed)*
          DAVIS WRIGHT TREMAINE LLP
          350 South Grand Avenue, 27th Floor
          Los Angeles, CA 90071
          213-633-6800
          farrahvazquez@dwt.com

          *Attorneys for Plaintiff*

          JAY CLAYTON
          United States Attorney
          Southern District of New York

By:     */s/      Jean-David Barnea*
          Jean-David Barnea
          Assistant United States Attorney
          86 Chambers Street, Third Floor
          New York, New York 10007
          (212) 637-2679
          jean-david.barnea@usdoj.gov

          *Attorney for Defendant*