

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
212-603-6455 tel
212-489-8340 fax

jamesrosenfeld@dwt.com

October 8, 2025

**VIA ECF**

The Honorable Margaret Garnett
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

   **Re:** ***Pro Publica, Inc. v. U.S. Dep't of State***, No. 25 Civ. 04302 (MMG)

Dear Judge Garnett:

  Pursuant to the Court's order of July 8, 2025, ECF No. 14, I write to provide a brief status report. Our understanding is that this action is stayed in light of the government shutdown and pursuant to the attached Amended Standing Order.

  We thank the Court for its attention to these matters, and welcome any guidance from the Court.

     Sincerely,

     James Rosenfeld

Encl.
cc: Defendant's Counsel (by ECF)

4905-9893-5664v.1 0200553-000011