

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 12, 2026

**BY ECF**

The Honorable Margaret Garnett
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Pro Publica, Inc. v. U.S. Dep't of State*, No. 25 Civ. 04302 (MMG)

Dear Judge Garnett:

    I write on behalf of both parties to provide a status report on the searches by the U.S. Department of State ("State") in response to the Freedom of Information Act ("FOIA") request by plaintiff Pro Publica, Inc., at issue in this case. As indicated in our prior letter, State has completed its productions in response to Plaintiff's FOIA request, and Plaintiff is continuing to review the productions. The parties respectfully propose that they submit a further status report on February 12, 2026, indicating whether further proceedings are necessary.

    We thank the Court for its attention to these matters.

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Jean-David Barnea*
JEAN DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2679
jean-david.barnea@usdoj.gov

Cc:   Plaintiffs' counsel (by ECF)