

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 12, 2026

**BY ECF**

The Honorable Margaret Garnett
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:  *Pro Publica, Inc. v. U.S. Dep't of State*, No. 25 Civ. 04302 (MMG)

Dear Judge Garnett:

      I write on behalf of both parties to provide a status report on this case, which concerns a Freedom of Information Act ("FOIA") request by plaintiff Pro Publica, Inc. ("Plaintiff"), to the U.S. Department of State ("State"). As indicated in our prior letters, State has completed its productions in response to the FOIA request, and Plaintiff has completed its review of those productions and is satisfied with them. Plaintiff has recently requested that State pay its reasonable attorneys' fees for this action pursuant to 5 U.S.C. § 552(a)(4)(E). The parties have been discussing whether they can reach agreement on this issue, and respectfully propose that they submit a further status report on March 12, 2026, indicating whether further proceedings are necessary.

      We thank the Court for its attention to these matters.

Respectfully,

JAY CLAYTON
United States Attorney

By:  */s/ Jean-David Barnea*
JEAN DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2679
jean-david.barnea@usdoj.gov

Cc:  Plaintiffs' counsel (by ECF)